IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03220-WYD-KMT

REGINA ANN PETKUS,

      Plaintiff,

v.

HUBERT MARTIN VANOVER, a Sergeant with the Denver Police Department, in his
individual capacity,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

      THE COURT, having reviewed the Joint Stipulated Motion for Dismissal with

Prejudice filed December 17, 2014, and being fully apprised in the premises, hereby

      ORDERS that the Joint Stipulated Motion for Dismissal with Prejudice (ECF No.

29) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay

his or her own attorney's fees and costs.

      Dated:  December 18, 2014.

                    BY THE COURT:

                    /s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE